

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVIV CITRON,

        Plaintiff,

  -against-

NATIONAL RAILROAD PASSENGER CORP.,

        Defendant.

20-CV-1039 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's status conference, it is hereby

ORDERED that:

1. <u>Firearm License Denial</u>. Plaintiff shall promptly produce the requested documents relating to hist post-injury firearms-related application(s)/denial(s).

2. <u>Discovery Extension</u>. The parties shall promptly confer to schedule any further fact depositions needed and may, no later than **April 9, 2021**, file a letter-motion seeking to extend the fact discovery deadline to accommodate such depositions.

Dated: New York, New York
       April 2, 2021

                                     **SO ORDERED**.

                                     _____
                                     **BARBARA MOSES**
                                     **United States Magistrate Judge**