USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Citron,

        Plaintiff,

–v–

National Railroad Passenger Corp, *et al.*,

        Defendants.

20-cv-01039 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The post-discovery conference in this matter scheduled for May 7, 2021 is adjourned to August 6, 2021 at 3:45 P.M.

    SO ORDERED.

Dated: April 28, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1