UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVIV CITRON,

        Plaintiff,

  -against-

NATIONAL RAILROAD PASSENGER CORP.,

        Defendant.

20-CV-1039 (AJN) (BCM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/21
```

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed on the record during today's discovery conference, it is hereby

ORDERED that plaintiff's letter application at Dkt. No. 39 is DENIED.

Dated: New York, New York
       June 11, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**