USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Citron,

            Plaintiff,

–v–

National Railroad Passenger Corp.,

            Defendant.

20-cv-1039 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    Trial is tentatively scheduled in this matter for May 2, 2022 and is anticipated to last 5 days. The parties are ordered to be trial ready by December 10, 2021. Additionally, the parties are to submit a joint letter to the Court on or before September 9, 2021, indicating whether they have scheduled a settlement conference with Judge Moses.

    SO ORDERED.

Dated: August 6, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge