# MEMO ENDORSED

September 1, 2021

<u>Via ECF</u>

Magistrate Judge Barbara Moses
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21
```

      Re:   *Citron v. National Railroad Passenger Corp.*
             Case No.: 20-CV-1039

Dear Judge Moses:

      This letter is submitted jointly by Defendant National Railroad Passenger Corp. ("Defendant") and Plaintiff Aviv Citron ("Plaintiff") to request an adjournment of the settlement conference currently scheduled for September 16, 2021, as well as other related deadlines, in the above matter.

      As discussed during a telephone conference earlier today with Your Honor's Law Clerk, Hira Baig, because Yom Kippur falls on September 16, 2021, and both Plaintiff and the undersigned Defendant counsel observe the holiday, the Parties respectfully request a short adjournment of the settlement conference to September 20, 2021, at 2:15 p.m. or, alternatively, September 22, 2021, at 2:15 p.m. The Parties also respectfully request an extension of time to serve their confidential settlement letters and acknowledgment forms to seven (7) calendar days before the new conference date if this application is granted.

      Thank you in advance for the Court's consideration.

                                  Respectfully and jointly submitted,

                                  /s/ Andrew B. Charkow
                                  Andrew B. Charkow, Esq.
                                  Landman Corsi Ballaine & Ford P.C.
                                  Counsel for Defendant
                                  One Gateway Center, 22nd Floor
                                  Newark, New Jersey 07102
                                  Phone: 973-623-2700
                                  Email: acharkow@lcbf.com

/s/ Jonathan L. Stone
Nicholas D. Thompson, Esq.
Casey Jones Law
Counsel for Plaintiff
3520 Cherrydale Avenue, Suite 83
Appleton, Wisconsin 54913
Phone: (757) 477-0991
Email: nthompson@caseyjones.law

Jonathan L. Stone, Esq.
The Moody Law Firm
Counsel for Plaintiff
500 Crawford St., Ste. 200
Portsmouth, Virginia 23704
Phone: 757-393-4093
Email: jstone@moodyrrlaw.com

Application GRANTED. The September 16, 2021 conference is ADJOURNED to **September 20, 2021 at 2:15 p.m.** The parties shall submit their confidential settlement letters and acknowledgment forms no later than **September 13, 2021**. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
September 2, 2021

4825-1559-4745v.1