
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVIV CITRON,

Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER CORP.,

Defendant.

20-CV-1039 (AJN) (BCM)

**ORDER SCHEDULING CONTINUED SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will conduct a continued settlement conference on **October 12, 2021, at 2:15 p.m.** Only counsel need attend. The conference will be conducted by telephone: counsel should dial (888) 557-8511 and enter the access code: 7746387. No later than **October 8, 2021**, the parties shall email a confidential joint settlement update letter (no longer than three pages, single-spaced) to Moses_NYSDChambers@nysd.uscourts.gov. The joint letter should update the Court on the parties' most recent settlement positions and any specific issues impeding settlement.

Dated: New York, New York
September 29, 2021

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**